

**FILED**
SEP 29 2015
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
for THE DISTRICT OF COLUMBIA

Jay Mellen             2550 SE 5TH COURT
                       Pompeno Beach FL. 33062
vs.

United States Park Police

CoMPaint

~~EMERGENCY MOTION~~

Case: 1:15-cv-01581
Assigned To : Leon, Richard J.
Assign. Date : 9/29/2015
Description: Pro Se Gen. Civil (F Deck)

1.) I request you stop the Park Police from taking my property. I have collected poisonous food from Walgreens, Walmart, Safeway, Harris and Tweeter, Whole Foods, Marriott, Hilton, Hyatt, Giant, Trader Joes, along with other food out lets. Plis the Potomic Golf Course that appears Park Police are involved with the poisoning activity at Golf Course. This is evidence for civil and criminal prosecution. This is all poisonous food from Washington DC. Under the Court's jurisdiction. Yes the cases will be filed hear in Washington DC. at your Court.

2.) District of Columbus Police should have already arrested the poisoners in Washington DC. I have brought the information about the poisoners to Police Cheif Cathy Leiner and Mayor Bowser. This food is my property I paid for and have receipts for the food.

3.) Park Police are being controlled by the murderers, poisoners, and child rapeiest. Yes John Kerry, President Obama's Secretary of the State. Is one of the leaders of this hate group going around poisoning and murdering.

4.) Were I keep my property and stay is not on Park Property or their Jurisdiction. The land is rented by the City of Washington D.C. and under their Jurisdiction. Who have not said I could not stay their. Plus should be investigating these poisoining corporation and others. Plus should be taking my property to be tested for the criminal cases. That yes I would release to the Police of the City of Washington DC if they asked me for that reason. Besides that I will be testing food my self for civil cases.

5.) The morning at 7 am. I was swarmed by Park Police who clearly were prejudice and controlled. With threats they were going to arrest me for nothing ? Plus take my property. That is the only reason I am in front of the Court at this time. And civil cases against the poisoners I will be obtaining a

**RECEIVED**
SEP 29 2015
Clerk, U.S. District & Bankruptcy

/

lawyer to prosecute the case. But right now I am dealing with these dirty people in the Government and yes Park Police is one of them.

6.) The Park Police acted with intentional hatred towards me. Try to say thing like it smell like piss and degrading thing like that. Plus said they will take my property with out even giving me reasonable time to get my property to the Washington DC Police Department or into storage. Which point their action are all about conspiring with the poisioners and the corrupt Govewrnment. I have alread been forced to go to the Over Sight Committee for the House of Representatives about many of these police forces and Park Police. I even pointed out James Clancy was a conspitor and the fence jumper was a plant to push the capable lady in charge out and to get James Clancy in. Who is controlled by John Kerry. President Obama has a big problem with these disgraces in his adminstration. More poisonous food I have for tresting is from Secretary Burwell Health and Human Service who set up a farmers market on their property to just poison me. I saved some of that food for testing.

7.) Fact is Park Police are dirty and also acting were they have no jurisdiction. The City Police Kathy Leiner is the one and Mayor Bowser who have jurisidction and should be receiving the food for testing for criminal prosecution. Yes I even brought the information about the poisoners to the two prosecutors office in DC.

8.) Court I have already the morning filed a Complaint over phone line with the Inspector General of Interior. At same time I write this Emergency motion for your Court. I have also wrote up a Complaint requesting the Cheif of Park Police and Park Police be full investigated for poisonoing going on at the Potomic Golf Course that appears Park Police is involved with Exh. (a). I do not like the idea I have to come to the Court under these circumstance. But went Police are acting in the manner they are, involving the Park Police. Some times Citizen have no option. The treatening of taking and destroying my property is so disgraceful. With not even giving reasonable time to contact City Police for testing for criminal prosecution. Or to get in a storage place. Your Honor I live on the money my father left me in his will from this same group murdered him in Pompano Beach Florida. I can not even live in his home I got in will because of the torturing and poisoning by their Government. After severely torturing him and poisoning his body with medical robots and torture and poison devices. That GOOGLE INC. invented for this hate group and even Google Inc. used my father a veteran as a test dummy before they murdered John Benard Mellen Jr.

2

**RELEIF**

9.) I request you stop the Park Police from taking my property and destroying evidence for criminal and civil prosecutions. If they have a issue they can discuss it with the person in charge of the property the City of Washington DC. And City of Washington can do as they please. Which will not be with hatred and threat by these dirty Park Police.

Signature: *Jay Meller*  Date: September 29, 2015

Clerk's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001
Attn: Greg Hughes
Tel: (202) 354-3191
Fax: (202) 354-3185

# OFFICE OF INSPECTOR GENERAL U S DEPARTMENT OF INTERIOR

TO: Deputy Inspector Mary Kendall

Semptember 29, 2015

FROM: Jay Mellen

381 Elden Street Suite 3000

Herndon Virgina 20170

Tel. 703 -487-5006

Fax. 703-487-8072

RECEIVED
SEP 2 9 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT

Dear Deputy Inspector Mary Kendall,

  I Request a full investigation into The Park Police and Cheif of Police Robert MacLean for following reasons.

1.) I came to Washington DC after watching my father be murdered in Broward County Florida by the Broward County Government and a Hospital. My father was severely poisoned and tortured before they murdered him. John Kerry yes President Obvama Secretary of the State and Thomas Reilly a Massachusetts HACK. Have been behind many murderes and poisoning and torture along with raping my two year old child.

2.) So I was force to leave my father home from the torture. Then came to Washington DC to pentition the Federal Government to stop these murderering disgraces of the Democrat Party. Who have been working with GOOGLE INC. turning the Human Race into Human Robots.

3.) Now right away I would go to the MALL to read 2013 1nd 2014. I know, know one and want to know no one. I am hear in Washington on bussiness. Like stated above. But the harrasssment started to a level. I stopped going to the mall and read in the sun.

4.) So I set up a home to live camping on side of 395. On City of Washoington DC. rented property. Not under the Jurisdiction of the Park Police. But right away the Park Police started to harrass me. Which pointed they set up camara and were try to fabricate a crime. Which turn out the Private Police for the rail road was used. Which turn out they were try to fabrtoicate a crime. Plus at same time the famous fire on the METRO was staged and fabricated by this same group like the Park Cheif of Police acting Chief Mac Lean. Which turned out to kill a person thet I call murder ? Yes I brought the information to the Mayor of City of Washington Mayor Bowser.

5.) Same time the United States Attorney was also involved and poisoning at the Supreme Court. Yes involved with poisoning me at the Supreme Court. Some of my property the Park Police are trying to take are food from the Supreme Court saved for testing. The US Attorney resigned right after I brought the information to the Embassies in Washington about the poisoning at the Supreme Court. And do not think that Private Police was not treatening to take my property ?

6.) What you have to realize. These are criminals and the property is the poison food from many Washington DC corporations and Government. So do not think the park Police and the Chief Mac Lean are not conspiring with the poisoners and murderers. Along with the child rapiest. Who severely raped my two year old child after they sprayed poison on her before her birth.

1

7.) Then abpout 6 months later another group and you can say the Park Police was involved. Where try to fabricate a crime against me for rape. Using George Washington Univerisity and the Smithsonian Institution. The Indian one off 4 ave and Independence id say. At that point I went to the United States Congress Over Sight Commitee. Gave they information about Park Police and others try to fabricate a crime of rape. Which is only more disgraceful considering what these disgraces did to my two year old child. Julianna Phyllis Mellen. By using Tom Spinelli of Leonminster Massachusetts to severe rape my two year old child over and over again.

8.) Yes I brought the information to the Boston FBI Headquarters and the United States Didstrict Court of Massachusetts and the United States Court of Appeals for the First Circuit. But no one gave a dam about that two year old child who is now 12 years old and still in the hand of the child rapiest tom spinelli. A conspirtor of Thomas Reilly the didsgraced Massachuasetts Attorney General, MURDERER !

9.) Then the harrassment stopped by the Park Police after I brought the information to the Over Sight Committee of the Bouse. But right know I am in trying to settle with some of the poisoners out of court. Marriott, Hilton, and Hyatt. So Park Police have become another tool for the poisoning corporation and the disgraced John Kerry and Thomas Reilly and are trying to take the evidence of civil cases. Never mind try to destroy evidence for criminal cases against the poisoners.

10.) Now spreaking about poisoners. You have one under your jurisdiction. the other poisoners are under the city and others and yes I have brought information and request to the cheif of police leiner and the mayor bowser about the poisoning at grocery stores and others. Put just about one month ago I went to the golf to play mintutre golf and it was closed. So I went and bought food at their snack bar. Then that evening I went back to play miniture golf. Because it opened late that day it was the last holiday. Two events happened. They were trying to fabricate a crime. By not having no staff to sell the miniture golf. The shack was empty. But the golf clubs and balls and score cards were all out. Like help your self it is free ? No direction on who to pay or were to pay ? So what I did is went in building and found the shop that sold the club and cloth and spoke to the man who said I could pay him ? He kind of said something like he new what they were up to and I did the right thing ?

11.) Then I went back to the snack bar and bought some peanuts that I buy a lot and are poisoned at other places. Then I could tell the staff behind counter were dirty and I figure the peanuts were poiosned. I bought two other items and saved all item for testing. Which is another food the park police are try to destroy evidence of. Their own criminal activity it appears now ? Plus I noticed as I finished miniture golf that day their was a park police who was sitting in his crusier the whole time right beside the fence of miniture golf. What you should relieze the police are who put the poisoners at these food out lets up to poisoning for who John Kerry and Thomas F. Reilly of Massachusetts.

12.) So you should investigate the Park Police Chief Mac Lean conspiring to poison at the golf course. I will provide you with receipt of the poison food. I will be testing the food and I will provoide you with copies of the results. If it is me or the city government testing the poisonous food. But fact is park police are trying to destroy the evidence of Criminal and Civil cases.

13.) One lasty person you might want to be concerned of is the Secret Service James Clancy who is a conspiritor and was planted by pushing the lady in charge out by fabricating the fence jumper. I have informed others about that so it appears the Chief Mac Lean is conspiring with James Clancy. Plus during the time I reliezed and informed other about Clancy. park Police were around the white house a lot when I use to go their or walk by ? So Chief Mac Lean is clearly involved with Clancy.

Signature: *Jay Mellen*  Date: September 28, 2015

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 09/29/2015 13:09
                                              NAME   : FEDEX OFFICE     0671
                                              FAX    : 202-347-8736
                                              TEL    : 2023478730
                                              SER.#  : U63314M3J574173


    DATE,TIME                    09/29  13:08
    FAX NO./NAME                 17034878072
    DURATION                     00:01:03
    PAGE(S)                      02
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```

Office of Inspector General US Department of Interior
Inspector Mary Kendall